# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **KENDRIANNA HOLLIS,**<br><br>     Plaintiff,<br><br>v.<br><br>**WAYNE A. HENRY,**<br>**BEBO LOGISTICS, INC.,**<br>**PROGRESSIVE EXPRESS**<br>**INSURANCE COMPANY,**<br>**JOHN DOE, and ABC CORP. 1- 5,**<br><br>     **Defendants.** | **Civil Action File No.:**<br>_____ |

## NOTICE OF REMOVAL

COME NOW PROGRESSIVE EXPRESS INSURANCE COMPANY, Defendant in the above-styled action, and within the time prescribed by law, file this Notice of Removal and respectfully show this Court the following:

1.

Plaintiff Kendrianna Hollis has filed suit against Defendants Progressive Express Insurance Company ("Progressive") Bebo Logistics, Inc., ("Bebo") and Wayne A. Henry ("Henry") in the State Court of Fulton County, Georgia, which county lies in the Atlanta Division of the United States District Court for the Northern District of Georgia. The suit is styled as above and designated as Civil

Action File No. 21EV004992 in that court. The suit is for a sum in excess of $75,000.00, or the object of the suit exceeds that amount, exclusive of interest and costs.

2.

Plaintiff, as a natural person who is a citizen of the United States, who is physically present in Georgia and who intends to make Georgia her home, is an individual citizen of the state of Georgia. Plaintiff is domiciled in the state of Georgia, is a citizen of the state of Georgia, was a citizen of the state of Georgia on the date of filing of the aforementioned civil action, and has been thereafter.

3.

Defendant Progressive is a corporation organized and existing under the laws of the state of Ohio, with its principal place of business in the state of Ohio, is a resident citizen of the state of Ohio, and was a resident citizen of the state of Ohio on the date of filing of the aforementioned civil action, and has been thereafter. Progressive is not a resident citizen of the state of Georgia, and was not a resident citizen of the state of Georgia on the date of filing of the aforementioned civil action, and has not been thereafter.

4.

Defendant Bebo Logistics, Inc. is a corporation organized and existing under the laws of the state of Florida, with its principal place of business in the state of Florida, is a resident citizen of the state of Florida, and was a resident citizen of the state of Florida on the date of filing of the aforementioned civil action, and has been thereafter.  Bebo is not a resident citizen of the state of Georgia, and was not a resident citizen of the state of Georgia on the date of filing of the aforementioned civil action, and has not been thereafter.

5.

Henry is a citizen of the United States, who is physically present in Florida and who intends to make Florida his home, is an individual citizen of the state of Florida.  Henry is domiciled in the state of Florida, is a citizen of the state of Florida, and was a citizen of the state of Florida on the date of the filing of the aforementioned civil action and has been thereafter.

6.

The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7.

The aforementioned suit is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code, § 1332, and, accordingly, is one which may be removed to this Court by Defendants, pursuant to the provisions of Title 28 of the United States Code, § 1441, in that it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states when the residency of the fraudulently joined defendant is set aside (see infra, ¶ 9).

8

Defendants show that this suit was instituted on August 23, 2021, in the State Court of Fulton County.

9.

Progressive was served through its registered agent on August 31, 2021, and timely answered on September 28, 2021.

10.

As of the date of filing this Removal, Plaintiff has not yet perfected service upon, or has not filed of record with the State Court of Fulton County, proof of service upon Defendants Bebo and Henry.

11.

This Notice of Removal is filed within thirty (30) days of the date of service upon Progressive and within five (5) days of Progressive filing its Answer to Plaintiff's Complaint.

12.

Diversity of citizenship exists as between Plaintiff and all Defendants to this action, and the amount in controversy in this matter exceeds the jurisdictional minimum. As a result, removal is proper under 28 U.S.C.A. §§ 1332 and 1441.

13.

Progressive has attached hereto copies of all process, pleadings, and orders served upon it in this case, such copies being marked collectively as <u>Exhibit 1</u>.

14.

Progressive has filed a written notice with the Clerk of the State Court of Fulton County, State of Georgia, a copy of said notice being attached hereto as <u>Exhibit 2</u> and made part hereof.

WHEREFORE, Progressive prays that this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

- 6 -

Respectfully submitted, this 28th day of September, 2021.

                    LUEDER, LARKIN & HUNTER, LLC

By:    */s/ Erica L. Parsons*
       ERICA L. PARSONS
       Georgia Bar No. 100152
       SAMUEL H. SABULIS
       Georgia Bar No. 339532
       *Attorneys for Defendants*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
T: (404) 480-3927
F: (404) 480-3927
eparsons@luederlaw.com
ssabulis@luederlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    __x__    Electronically filing this document with this Court's CM/ECF system, which sends notice via that system to all parties and counsel; and

    __x__    Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Clark R. Karell, Jr., Esq.
Karell Trial Attorneys, LLC
3344 Peachtree Road, NE, Suite 800
Atlanta, Georgia 30326

    This 28th day of September, 2021.

                                          LUEDER, LARKIN & HUNTER, LLC

                                          By:    */s/ Erica L. Parsons*
                                                      ERICA L. PARSONS
                                                      Georgia Bar No. 100152
                                                      SAMUEL H. SABULIS
                                                      Georgia Bar No. 339532
                                                      *Attorneys for Defendants*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
T: (404) 480-3927
F: (404) 480-3927
eparsons@luederlaw.com
ssabulis@luederlaw.com